UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BUSH,

        Plaintiff,

v.

ANDREW SAUL,

        Defendant.
                               /

Case No. 2:20-cv-11893

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING THE REPORT
AND RECOMMENDATION [4] AND DENYING PLAINTIFF'S
APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS [2]**

On July 12, 2020, Plaintiff filed an appeal from the final decision of the Commissioner of the Social Security Administration denying his claim for disability benefits and an application to proceed without prepaying fees or costs ("IFP"). ECF 1, 2. On July 14, 2020, the magistrate judge issued a report and recommendation ("Report") and recommended that the Court deny Plaintiff's IFP application because he "has a savings account with $2,000.00 in it; owns three boats (worth $6,100.00 collectively); and has a time share valued at $10,000." ECF 4, PgID 8. He also has a monthly income of $4,614.60. *Id.*; ECF 2, PgID 4.

The applicable standard under which the Court reviews a Report depends on whether a party files objections to it. *See McKinnon v. Cook*, No. 11-cv-13280, 2012 WL 680397, at *1 (E.D. Mich. Feb. 29, 2012); Fed. R. Civ. P. 72(a). "With respect to portions of a report that no party objects to, the Court need not undertake any review at all." *McKinnon*, 2012 WL 680397, at *1 (citing *Thomas v. Arn*, 474 U.S. 140, 149–

50 (1985)). Here, no party timely objected to the Report. The magistrate judge's discussion of Plaintiff's IFP application was accurate, and his legal conclusions were sound. The Court will therefore adopt the Report and deny Plaintiff's IFP application. The Court will also require Plaintiff to pay the filing fee no later than August 7, 2020. Failure to timely pay the filing fee will result in dismissal of the case.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's report and recommendation [4] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed without prepaying fees and costs [2] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff must **PAY** the filing fee no later than **August 7, 2020**. Failure to comply will result in dismissal of the case.

**SO ORDERED**.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 31, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2