UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BUSH,

        Plaintiff,

v.

ANDREW SAUL,

        Defendant.
                               /

Case No. 2:20-cv-11893

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT
AND RECOMMENDATION [17], DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT [13], AND GRANTING
THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [15]**

The Commissioner of the Social Security Administration ("SSA") denied Plaintiff Thomas Bush's application for Disability Insurance Benefits in a decision issued by an Administrative Law Judge ("ALJ"). ECF 11, PgID 47–55. After the SSA Appeals Council declined to review the ruling, Plaintiff appealed. The Court referred the matter to Magistrate Judge David R. Grand. ECF 3. The case was then reassigned to Magistrate Judge Kimberly Altman, 20-AO-049, and the parties filed cross-motions for summary judgment, ECF 13; 15. Magistrate Judge Altman issued a Report and Recommendation ("Report") and suggested the Court deny Plaintiff's motion and grant the Commissioner's motion. ECF 17. Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Because neither party filed objections, de novo review of the Report's conclusions is not required. After reviewing the record, the Court finds that Judge Altman's conclusions are factually based and legally sound. Accordingly, the Court will adopt the Report's findings, deny Plaintiff's motion for summary judgment, and grant the Commissioner's motion for summary judgment.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation [17] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [13] is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment [15] is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 15, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2021, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager